IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ELIJAH FOSTER BAILEY,

    Plaintiff,

v.

RICKY TATUM; DEBORAH J. MOORE, and Warden PEGGY COOPER,

    Defendants.

CIVIL ACTION NO.: CV508-075

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation. In his Objections, Plaintiff contends the risk of future injury is enough for an inmate to satisfy the imminent danger exception to 28 U.S.C. § 1915(g). Plaintiff also contends that any case which was not dismissed as being frivolous or malicious or for failing to state a claim does not constitute a strike under section 1915(g).

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**. Should Plaintiff wish to proceed with this cause of action, he may

AO 72A
(Rev. 8/82)

resubmit his Complaint along with the requisite $350.00 filing fee. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 4 day of June, 2009.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE